**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BANK OF AMERICA, N.A.,

    Appellant,

vs.

                                Case No. 6:13-cv-1535-Orl-31

KIMBERLY ANN BOURNE,

    Appellee.

_____

**APPELLANT'S MOTION FOR ADMISSION**
**PRO HAC VICE OF ATTORNEY ISLEY MARKMAN AND**
**DESIGNATION AND CONSENT TO ACT PURSUANT TO LOCAL RULE 2.02**

Appellant Bank of America, N.A. ("BANA"), pursuant to Local Rule 2.02(a), hereby moves for the pro hac vice admission of attorney Isley Markman to represent BANA in this case and file this written designation and consent to act, and state:

1. Ms. Markman is a member in good standing of the Bars of the States of New York, Illinois, and the District of Columbia and is admitted to practice in the following Courts: U.S. District Court for the Southern District of New York and U.S. District Court for the Eastern District of New York.

2. Ms. Markman is not a Florida resident. Ms. Markman is not an inactive or suspended member of the Florida Bar, nor has she been disbarred or received a disciplinary resignation from the Florida Bar. Ms. Markman has not been previously disciplined or held in contempt by reason of misconduct while engaged in legal representation pursuant to Rule 2.061 of the Florida Bar.

3.       Ms. Markman is familiar with the Local Rules of this Court, including Rule 2.04.

4.       On October 16, 2013, Ms. Markman filed her Special Admission Attorney Certification form with the Clerk, and paid the $10 fee.

5.       Emily Y. Rottmann is an active member in good standing of The Florida Bar and the United States District Court for the Middle and Southern Districts of Florida and is currently a resident of Duval County, Florida.  Ms. Rottmann has been retained as local counsel by BANA in this action.

6.       All notices and papers may be served upon Emily Y. Rottmann of McGuireWoods LLP, who will be responsible for the progress of the case in the event of default of Ms. Markman.

7.       **Local Rule 3.01(g) Certification.**  Counsel for BANA certifies that she attempted to contact counsel for Appellee Kimberly Ann Bourne to obtain his consent to this Motion but he has not yet responded.

WHEREFORE, Appellant Bank of America, N.A. respectfully requests that this Court grant their Unopposed Motion for Admission Pro Hac Vice of Attorney Isley Markman.

                                                McGUIREWOODS LLP

                                        By */s/ Emily Y. Rottmann*
                                                Daniel F. Blanks (FL Bar No. 93154)
                                                Emily Y. Rottmann (FL Bar No.93154)
                                                50 N. Laura Street, Suite 3300
                                                Jacksonville, FL 32202
                                                (904) 798-3200
                                                (904) 798-3207 (fax)
                                                dblanks@mcguirewoods.com
                                                erottmann@mcguirewoods.com

       and

       Craig Goldblatt *(Not Admitted in Florida)*
       Isley Markman *(Not Admitted in Florida)*
       Wilmer Cutler Pickering Hale & Dorr LLP
       1875 Pennsylvania Ave., N.W.
       Washington, D.C.  20006
       (202) 663-6000

       *Attorneys for Appellant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, a copy of foregoing was served by delivery via ECF e-mail to all registered parties as follows:

| | |
|---|---|
| Kenneth D. Herron, Jr., Esq.<br>1851 W. Colonial Drive<br>Orlando, FL 32804<br>(407) 648-0058<br>(407) 648-0681 (fax)<br>kherron@whmh.com | **VIA U.S. MAIL**<br><br>Emerson C. Noble, Trustee<br>P.O. Box 622798<br>Oviedo, FL 32762<br>(407) 628-9300<br><br>U.S. Trustee<br>Office of the U.S. Trustee<br>400 W. Washington Street, Suite 1100<br>Orlando, FL 32801<br>(407) 648-6301 |

       */s/ Emily Y. Rottmann*
       Emily Y. Rottmann

51561673_1