**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BANK OF AMERICA, N.A.,

    Appellant,

vs.    Case No. 6:13-cv-1535-Orl-31

KIMBERLY ANN BOURNE,

    Appellee.

_____

**APPELLANT'S MOTION FOR ADMISSION
PRO HAC VICE OF ATTORNEY ISLEY MARKMAN AND
DESIGNATION AND CONSENT TO ACT PURSUANT TO LOCAL RULE 2.02**

Appellant Bank of America, N.A. ("BANA"), pursuant to Local Rule 2.02(a), hereby moves for the pro hac vice admission of attorney Craig Goldblatt to represent BANA in this case and file this written designation and consent to act, and state:

1. Mr. Goldblatt is a member in good standing of the Bar of the District of Columbia and is admitted to practice in the United States Supreme Court, the United States Courts of Appeals for the First, Second, Third, Fourth, Sixth, Seventh, Ninth, Tenth and Eleventh Circuits and the District of Columbia, and the United States District Courts for the District of Columbia, District of Colorado, Northern District of Illinois, and Eastern District of Michigan.

2. Mr. Goldblatt is not a Florida resident. Mr. Goldblatt is not an inactive or suspended member of the Florida Bar, nor has he been disbarred or received a disciplinary resignation from the Florida Bar. Mr. Goldblatt has not been previously disciplined or held in contempt by reason of misconduct while engaged in legal representation pursuant to Rule 2.061 of the Florida Bar.

3. Mr. Goldblatt is familiar with the Local Rules of this Court, including Rule 2.04.

4. On October 23, 2013, Mr. Goldblatt will file his Special Admission Attorney Certification form with the Clerk, and pay the $10 fee.

5. Emily Y. Rottmann is an active member in good standing of The Florida Bar and the United States District Court for the Middle and Southern Districts of Florida and is currently a resident of Duval County, Florida. Ms. Rottmann has been retained as local counsel by BANA in this action.

6. All notices and papers may be served upon Emily Y. Rottmann of McGuireWoods LLP, who will be responsible for the progress of the case in the event of default of Mr. Goldblatt.

7. **Local Rule 3.01(g) Certification.** Counsel for BANA certifies that she attempted to contact counsel for Appellee Kimberly Ann Bourne to obtain his consent to this Motion but he has not yet responded.

WHEREFORE, Appellant Bank of America, N.A. respectfully requests that this Court grant their Unopposed Motion for Admission Pro Hac Vice of Attorney Craig Goldblatt.

McGUIREWOODS LLP

By */s/ Emily Y. Rottmann*
Daniel F. Blanks (FL Bar No. 93154)
Emily Y. Rottmann (FL Bar No.93154)
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
(904) 798-3200
(904) 798-3207 (fax)
dblanks@mcguirewoods.com
erottmann@mcguirewoods.com

and

Craig Goldblatt *(Not Admitted in Florida)*
Isley Markman *(Not Admitted in Florida)*
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 663-6000

*Attorneys for Appellant Bank of America, N.A.*

### CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, a copy of foregoing was served by delivery via ECF e-mail to all registered parties as follows:

Kenneth D. Herron, Jr., Esq.
1851 W. Colonial Drive
Orlando, FL 32804
(407) 648-0058
(407) 648-0681 (fax)
kherron@whmh.com

**VIA U.S. MAIL**

Emerson C. Noble, Trustee
P.O. Box 622798
Oviedo, FL 32762
(407) 628-9300

U.S. Trustee
Office of the U.S. Trustee
400 W. Washington Street, Suite 1100
Orlando, FL 32801
(407) 648-6301

*/s/ Emily Y. Rottmann*
Emily Y. Rottmann

51755040_2

3