**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BANK OF AMERICA, N.A.,

    Appellant,

Case No. 6:13-cv-1535-Orl-31

vs.

KIMBERLY ANN BOURNE,

    Appellee.

### NOTICE OF PENDING, RE-FILED, RELATED OR SIMILAR ACTIONS

In accordance with Local Rule 3.8, I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Allen v. Bank of America, N.A.*, No. 13-00216 (Bankr. M.D. Fla.)
*Baldwin v. Bank of N.Y. Mellon*, No. 13-00103 (Bankr. M.D. Fla.)
*Bank of America, N.A. v. Bachier*, No. 13-2557 (M.D. Fla.)
*Bank of America, N.A. v. Bello*, No. 13-02519 (N.D. Ga.)
*Bank of America, N.A. v. Bourne*, No. 13-1535 (M.D. Fla.)
*Bank of America, N.A. v. Boykin*, No. 13-3050 (N.D. Ga)
*Bank of America, N.A. v. Brown*, No. 13-14298 (11th Cir.)
*Bank of America, N.A. v. Buenaseda*, No. 13-218 (N.D. Ga.)
*Bank of America, N.A. v. Jeffers*, No. 13-14684 (11th Cir.)
*Bank of America, N.A. v. Madden*, No. 13-14438 (11th Cir.)
*Bank of America, N.A. v. McLean*, No. 13-233 (N.D. Ga.)
*Bank of America, N.A. v. Toledo-Cardona*, No. 13-2558 (M.D. Fla.)
*Bank of America, N.A. v. Wall*, No. 13-02945 (N.D. Ga.)
*In re: Braswell*, No. 13-05806 (Bankr. M.D. Fla.)
*In re: Caulkett*, No. 13-5537 (Bankr. M.D. Fla.)
*In re: Farmer*, No. 13-10595 (Bankr. M.D. Fla.)
*In re: Garro*, No. 13-60795 (Bankr. N.D. Ga.)
*In re: Gnerre*, No. 13-08158 (Bankr. M.D. Fla.)
*In re: Griggs*, No. 13-63076 (Bankr. N.D. Ga.)
*In re: Hall*, No. 13-10498 (Bankr. M.D. Fla.)

*In re: Jackson*, No. 13-66882 (Bankr. N.D. Ga.)
*In re: Johnson*, No. 13-01976 (Bankr. M.D. Fla.)
*In re: Johnson*, No. 13-64749 (N.D. Ga.)
*In re: Kindy*, No. 13-05870 (Bankr. M.D. Fla.)
*In re: Lomax*, No. 13-62584 (Bankr. N.D. Ga.)
*In re: Lopez*, No. 13-07503 (Bankr. M.D. Fla.)
*In re: Maisonet*, No. 13-04396 (Bankr. M.D. Fla.)
*In re: McCrory*, No. 13-64844 (Bankr. N.D. Ga.)
*In re: McDonald*, No. 13-11522 (Bank, N.D. Ga.)
*In re: McGinnis*, No. 13-8714 (Bankr. M.D. Fla.)
*In re: Miller*, No. 13-06708 (Bankr. M.D. Fla.)
*In re: Peele*, No. 12-81760 (Bankr. N.D. Ga.)
*In re: Reid*, No. 13-68943 (Bankr. N.D. Ga.)
*In re: Sagoes*, No. 13-66247 (Bankr. N.D. Ga.)
*In re: Thompson*, No. 13-06516 (Bankr. M.D. Fla.)
*Lang v. Bank of N.Y. Mellon*, NO. 13-00265 (Bankr. M.D. Fla.)

McGUIREWOODS LLP

By: */s/ Emily Y. Rottmann*
    Daniel F. Blanks (FL Bar No. 88957)
    Emily Y. Rottmann (FL Bar No. 93154)
    50 N. Laura Street, Suite 3300
    Jacksonville, Florida 32202
    (904) 798-3200
    (904) 798-3207 (fax)
    dblanks@mcguirewoods.com
    erottmann@mcguirewoods.com

and

Craig Goldblatt *(Pro Hac Vice Admission Pending)*
Isley Markman *(Pro Hac Vice Admission Pending)*
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 663-6000
craig.goldblatt@wilmerhale.com
isley.markman@wilmerhale.com

*Attorneys for Appellant Bank of America, N.A.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, a true and correct copy of foregoing was served by delivery via ECF e-mail to all registered parties as follows:

Kelley M. Petry, Esq.
Kelley M. Petry, P.A.
P.O. Box 7866
Tampa, FL 33673
(813) 873-0713
(813) 873-0715 (fax)
kmpetrypa@aol.com

### VIA U.S. MAIL

Shari Streit Jansen, Trustee
P.O. Box 50667
Sarasota, FL 34232
(941) 378-3330

U.S. Trustee
United States Trustee - TPA7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

                                                         */s/ Emily Y. Rottmann*
                                                            Attorney

51811183_1