**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BANK OF AMERICA, N.A.,

    Appellant,

                                Case No. 6:13-cv-1535-Orl-31

vs.

KIMBERLY ANN BOURNE,

    Appellee.

**DEFENDANT BANK OF AMERICA, N.A.'S**
**CERTIFICATE OF INTERESTED PERSONS**

    Defendant Bank of America. N.A hereby certifies that the following is a full and complete list of all attorneys, persons, associations of person, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either an interest in the outcome of this case, a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    1.    Bank of America, N.A. - Appellant

    2.    Bank of America Corporation (ticker symbol: BAC)

    3.    Daniel F. Blanks - Counsel for Appellant

    4.    Kimberly Ann Bourne - Appellee

    5.    Craig Goldblatt - Counsel for Appellant

    6.    Cynthia C. Jackson - U.S. Bankruptcy Court Judge

    7.    Shari Streit Jansen - Chapter 7 Trustee

    8.    Isley Markman - Counsel for Appellant

9.  McGuireWoods LLP - Counsel for Appellant

10. Kelley M. Petry - Counsel for Appellee

11. Kelley M. Petry, P.A. - Counsel for Appellee

12. Emily Y. Rottmann - Counsel for Appellant

                        McGUIREWOODS LLP

By: */s/ Emily Y. Rottmann*
    Daniel F. Blanks (FL Bar No. 88957)
    Emily Y. Rottmann (FL Bar No. 93154)
    50 N. Laura Street, Suite 3300
    Jacksonville, Florida 32202
    (904) 798-3200
    (904) 798-3207 (fax)
    dblanks@mcguirewoods.com
    erottmann@mcguirewoods.com

                 and

Craig Goldblatt *(Pro Hac Vice Admission Pending)*
Isley Markman *(Pro Hac Vice Admission Pending)*
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 663-6000
craig.goldblatt@wilmerhale.com
isley.markman@wilmerhale.com

*Attorneys for Appellant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2013, a true and correct copy of foregoing was served by delivery via ECF e-mail to all registered parties as follows:

Kelley M. Petry, Esq.
Kelley M. Petry, P.A.
P.O. Box 7866
Tampa, FL 33673
(813) 873-0713
(813) 873-0715 (fax)
kmpetrypa@aol.com

**VIA U.S. MAIL**

Shari Streit Jansen, Trustee
P.O. Box 50667
Sarasota, FL 34232
(941) 378-3330

U.S. Trustee
United States Trustee - TPA7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

                                                    */s/ Emily Y. Rottmann*
                                                            Attorney

51807356_1