# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BANK OF AMERICA, N.A.,

        Appellant,

vs.                                          Case No. 6:13-cv-1535-Orl-31

KIMBERLY ANN BOURNE,

        Appellee.

## DEFENDANT BANK OF AMERICA, N.A.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Bank of America, N.A. ("BANA") certify for purposes of potential recusal or disqualification only, and for no other purpose, that:

1.    BANA is a wholly owned subsidiary of Bank of America Corporation, a publicly-traded corporation (ticker symbol: BAC).  Bank of America Corporation has no parent corporations and no publicly held corporation holds 10% or more of its stock.

                              McGUIREWOODS LLP

                              By: */s/ Emily Y. Rottmann*
                                  Daniel F. Blanks (FL Bar No. 88957)
                                  Emily Y. Rottmann (FL Bar No. 93154)
                                  50 N. Laura Street, Suite 3300
                                  Jacksonville, Florida 32202
                                  (904) 798-3200
                                  (904) 798-3207 (fax)
                                  dblanks@mcguirewoods.com
                                  erottmann@mcguirewoods.com

and

Craig Goldblatt *(Pro Hac Vice Admission Pending)*
Isley Markman *(Pro Hac Vice Admission Pending)*
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 663-6000
craig.goldblatt@wilmerhale.com
isley.markman@wilmerhale.com

*Attorneys for Appellant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, a true and correct copy of foregoing was served by delivery via ECF e-mail to all registered parties as follows:

Kelley M. Petry, Esq.
Kelley M. Petry, P.A.
P.O. Box 7866
Tampa, FL 33673
(813) 873-0713
(813) 873-0715 (fax)
kmpetrypa@aol.com

**VIA U.S. MAIL**

Shari Streit Jansen, Trustee
P.O. Box 50667
Sarasota, FL 34232
(941) 378-3330

U.S. Trustee
United States Trustee - TPA7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

                                                                */s/ Emily Y. Rottmann*
                                                                    Attorney

51809293_1