UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: KIMBERLEY ANN BOURNE,
Bankruptcy Case No.: 6:12-bk-15455-CCJ
_____/

**BANK OF AMERICA, N.A.,**

    **Appellant,**

    v.                      Case No.: 6:13-cv-1535-Orl-31

**KIMBERLEY ANN BOURNE,**

    **Appellee**,

_____/

**APPELLEE'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Kimberly Anne Bourne, *Appellee*

    Kenneth D. Herron, Jr., *Lead Appellate Counsel for Appellee*

    Wolff, Hill, McFarlin & Herron, P. A., *Counsel for Appellee*

    Bank of America, N.A., *Appellant*

    Daniel F. Blanks, *Counsel for Appellant*

        Craig Goldblatt, *Counsel for Appellant*
        Isley Markman, *Counsel for Appellant*

        Emily Y. Rottmann, *Counsel for Appellant*

        McGuireWoods, LLP, *Counsel for Appellant*

        Emerson C. Noble, *Chapter 7 trustee*

        The Honorable Cynthia C. Jackson, United States Bankruptcy Judge

    2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        NONE

    3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors committee, the 20 largest unsecured creditors):

        Kimberly Anne Bourne, *Appellee and Debtor in the bankruptcy case*

        Bank of America, N. A., *Appellant and a creditor in the bankruptcy case*

    4.)    the name of each victim (individual and corporate), including every person who may be entitled to restitution:

        NONE

    I hereby certify that except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to

this case, and will immediately notify the Court in writing on learning of any such conflict.

*/s/ Kenneth D. Herron, Jr.*
Kenneth D. (Chip) Herron, Jr.
Florida Bar No. 699403
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Dr.
Orlando, FL 32804
Telephone: (407) 648-0058
Fax: (407) 648-0681
Email: kherron@whmh.com

***LEAD APPELLATE COUNSEL*** *FOR*
*KIMBERLEY ANN BOURNE*

**Certificate of Service**

I hereby certify that on October 22, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Kenneth D. Herron, Jr.*
Kenneth D. Herron, Jr.
