## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re: KIMBERLEY ANN BOURNE,
Bankruptcy Case No.: 6:12-bk-15455-CCJ
_____/

**BANK OF AMERICA, N.A.,**

      Appellant,

      v.                          Case No.: 6:13-cv-1535-Orl-31

**KIMBERLEY ANN BOURNE,**

      Appellee,
_____/

### APPELLEE'S NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 1.04, I certify that:

1.    <u>Related Cases Pending Before this Court</u>.  I am unaware of any cases presently pending before this Court that are related to this case or that involve common issues of fact or law.

2.    <u>Related of Similar Cases Pending Before Other Courts</u>.  I am unaware of any cases pending before other courts or administrative agencies that involve common facts or issues of law except for the following:

The exact issue presented by this appeal was determined by the Eleventh Circuit Court of Appeals in *McNeal v. GMAC Mortgage LLC (In re McNeal)*, 2012 WL 1649853 (11th Cir. May 11, 2012), petition for reh'g en banc filed June 1, 2012.  The

undersigned has been unable to determine the current status of the McNeal case and whether the Court of Appeals has ruled on the motion for rehearing *en banc*.

Dated: October 22, 2013

*/s/ Kenneth D. Herron, Jr.*
Kenneth D. (Chip) Herron, Jr.
Florida Bar No. 699403
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Dr.
Orlando, FL 32804
Telephone: (407) 648-0058
Fax: (407) 648-0681
Email: kherron@whmh.com

LEAD APPELLATE COUNSEL for
Kimberley Ann Bourne

### Certificate of Service

I hereby certify that on October 22, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Kenneth D. Herron, Jr.*
Kenneth D. Herron, Jr.
