# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BANK OF AMERICA NA,**

      **Appellant,**

**v.**                                                         **Case No: 6:13-cv-1535-Orl-31**

**KIMBERLY ANN BOURNE,**

      **Appellee.**

## ORDER

This matter comes before the Court on the Appellant's Motion for Summary Affirmance (Doc. 11). The deadline for objections has passed, and the Appellee has not filed a response. Accordingly, it is hereby

**ORDERED** that the Motion for Summary Affirmance is **GRANTED**, and the Agreed Order Granting Debtor's Verified Motion to Determine Secured Status of Junior Lien Held by Bank of America, N.A., and Strip Lien Effective Upon Entry of Discharge (Doc. 1-2), entered by the United States Bankruptcy Court for the Middle District of Florida on August 27, 2013, is **AFFIRMED.** The Clerk is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on December 2, 2013.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties